George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
Attorneys for Plaintiff
*QUINN PARKER*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

QUINN PARKER, ET AL.,

      Plaintiffs,

   v.

FORD MOTOR COMPANY,

      Defendant.

Civil Action No.: 2:20-cv-00355-APG-BNW

**STIPULATED NOTICE OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Quinn Parker, et al. and

Defendant Ford Motor Company hereby stipulate to dismissal of this action with prejudice and

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

without an award of costs or attorneys' fees.

DATED this __24th__ day of September, 2020.

/s/George Haines, Esq.
George Haines, Esq.
FREEDOM LAW FIRM
8985 S. Eastern Avenue
Suite 350
Las Vegas, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 967-6665

DATED this __24th__ day of September, 2020.

/s/ Hayley J. Cummings, Esq.
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: hcummings@swlaw.com
Attorneys for Defendant
Ford Motor Company

IT IS SO ORDERED.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: September 25, 2020

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served electronically by the U.S. District Court for the District of Nevada Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ George Haines_____

George Haines